Form defntc

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Loretta Tolliver
2045 W. Jackson
Apt. 512
Chicago, IL 60612
SSN: xxx–xx–8159 EIN: N.A.

Case No. :   18–15379
Chapter :    7
Judge :      Donald R Cassling

## DEFICIENCY NOTICE

To the Debtor(s) and his attorney, if any: Notice of Deficiency given to Debtor(s) that the following document(s) were due at the time of filing and are deficient. **Include the case number and debtor name on all documents.**

- ☐ Photo ID for Debtor 1
- ☐ Photo ID for Debtor 2
- ☐ Photo ID for Runner
- ☐ Voluntary Petition. Please file the Voluntary Petition using the event Voluntary Petition to Correct Petition PDF
- ☑ Statement About Your Social Security Numbers
- ☐ List of Name and Addresses of All Creditors/Creditor Matrix
- ☐ Application for Individual to Pay the Filing Fee in Installments/Orders
- ☐ Application to Have the Chapter 7 Filing Fee Waived/Orders
- ☐ Certification of Relatedness (applicable to related cases)
- ☐ Fees Due
- ☐ Notice of Motion and Motion for Waiver of Credit Counseling
- ☐ Signature(s) of Debtor(s) are missing from the Voluntary Petition. Please file the signature page(s) as an Attachment to the Voluntary Petition
- ☐ Signature(s) of Debtor(s) are missing from Statement About Your Social Security Numbers. Please re–file as Amended
- ☐ Signature(s) of Debtor(s) are missing from Application for Individual to Pay the Filing Fee in Installments/Order. Please re–file as Amended
- ☐ Signature(s) of Debtor(s) are missing from Application to have the Chapter 7 Filing Fee Waive/Order. Please re–file as Amended
- ☐ Signature(s) of Debtor(s) are missing from Declaration About an Individual Debtor(s) Schedules. Please re–file as Amended

For additional information, please access the United States Court's website at http://www.uscourts.gov/forms/bankruptcy–forms/required–lists–schedules–statements–and–fees (B 2000, Required List, Schedules, Statements and Fees). If you are represented by an attorney, please contact your attorney for guidance. If you have any questions about the deficiency, please call 312–408–5000.

Dated: May 30, 2018

FOR THE COURT

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 18-15379-DRC
Loretta Tolliver                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: vvirgen              Page 1 of 1              Date Rcvd: May 30, 2018
                               Form ID: def              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.
db             +Loretta Tolliver,    2045 W. Jackson,    Apt. 512,    Chicago, IL 60612-3075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Loretta  Tolliver davidsiegelbk@gmail.com,
               author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino, ESQ    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jenny.fik@quarles.com;colleen.greer@quarles.com;wemet@quarles.com
                                                                                             TOTAL: 3